IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GREAT AMERICAN INSURANCE   :
COMPANY                    :
                           :
v.                         :   Civil Action No. WMN-01-2738
                           :
GLENN E. WALTZ PLUMBING &  :
HEATING, INC.              :

       *   *   *   *   *   *   *   *   *   *   *   *   *

GLENN E. WALTZ PLUMBING &  :
HEATING, INC.              :
                           :
v.                         :   Civil Action No. WMN-01-3143
                           :
GREAT AMERICAN INSURANCE   :
COMPANY                    :

## ORDER

Great American Insurance Company has filed a motion in Civil Action No. WMN-01-3134 to consolidate the above captioned actions. Paper No. 6. Great American argues that both actions arise from the same dispute and that the complaint in Civil Action No. WMN-01-3143 is identical with the counterclaim in Civil Action No. WMN-01-2738. Glenn E. Waltz Plumbing & Heating, Inc. does not oppose the motion.

It appearing that these actions raise common questions of law and fact and no objection having been received, IT IS this 19th day of November, 2001, by the United States District Court for the District of Maryland, ORDERED:

1. That pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above captioned cases are hereby consolidated for all purposes under Civil Action No. WMN-01-2738.

and all future pleadings are to be captioned and filed in that action;

    2.   That all pleadings filed heretofore in Civil Action No. WMN-01-3143 shall be deemed to have been filed in Civil Action No. WMN-01-2738;

    3.   That Civil Action No. WMN-01-3143 is hereby ADMINISTRATIVELY CLOSED; and

    4.   That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

                                    William M. Nickerson  
                                    United States District Judge