IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

GREAT AMERICAN INSURANCE COMPANY, )
)
    Plaintiff, )
)
v. ) C.A. No. WMN-01-2738
)
GLENN E. WALTZ PLUMBING & HEATING, INC., )
)
    Defendant. )
_____)

## JOINT MOTION FOR ENLARGEMENT OF
## TIME TO DESIGNATE EXPERTS

In accordance with the Discovery Guidelines for this Court, Plaintiff and Counter-Defendant, Great American Insurance Company ("Great American") and Defendant and Counter-Plaintiff, Glenn E. Waltz Plumbing & Heating, Inc. ("Glenn E. Waltz"), by their undersigned counsel, jointly move the Court, pursuant to the agreement of counsel, to extend the time for Plaintiff/Counter-Defendant Great American's Rule 26(a)(2) disclosures to designate its experts, currently scheduled for December 17, 2001, to and including January 25, 2002, and to extend Defendant/Counter-Plaintiff's Rule 26(a)(2) disclosures to designate its experts from January 15, 2002 to January 25, 2002, and to modify this Court's Scheduling Order in this case accordingly.

APPROVED THIS 10th DAY
OF December, 2001

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

*[signature]*

Daniel J. Donohue, Esquire
Federal Bar No. 26575
Edward G. Gallagher, Esquire
Federal Bar No. 02861
Wickwire Gavin, P. C.
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
Tel. 703-790-8750
<u>Attorneys for Plaintiff/Counter-Defendant
Great American Insurance Company</u>

*[signature: Timothy J. Martin / by Daniel J. Donohue by agreement / of Counsel]*

Timothy J. Martin, Esquire
William R. Levasseur, Jr., Esquire
Martin & Levasseur
22 W. Pennsylvania Ave., Ste. 602
Towson, MD 21204
(410) 321-0400
<u>Attorney for Defendant/Counter-Plaintiff
Glenn E. Waltz Plumbing & Heating, Inc.</u>

## CERTIFICATE OF SERVICE

I hereby certify that on the ___7th___ day of December, 2001, a true and correct copy of the above Joint Motion For Enlargement of Time to Designate Experts was forwarded via U.S. mail, postage prepaid, to:

Timothy J. Martin, Esquire
William R. Levasseur, Jr., Esquire
Martin & Levasseur
22 W. Pennsylvania Ave., Ste. 602
Towson, MD 21204
(410) 321-0400
<u>Attorney for Plaintiff</u>

_____
Daniel J. Donohue, Esquire

G:\CLIENTS\07\070192\006\Waltz v Great American\Joint Mot for Enlargement to Designate Experts.wpd