UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE CO. | * | |
| Plaintiff/Counter Defendant | * | |
| Vs. | * | C.A. NO. WMN01CV2738 |
| GLENN E. WALTZ PLUMBING & HEATING, INC. | * | |
| | * | |
| Defendant/Counter Plaintiff | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF COURT

Upon the Motion of counsel for Glenn E. Waltz Plumbing & Heating, Inc., for the substitution of counsel and upon consideration of other matters of record, it is this 27th day of December, 2001 ORDERED that the appearance of Timothy J. Martin is hereby stricken and the appearance of William R. Levasseur, Jr. and Martin & Levasseur is entered in substitution therefor.

_____
WILLIAM N. NICKERSON, Judge
United States District Court for the
District Court of Maryland (Northern Division