# WICKWIRE GAVIN, P.C.
ATTORNEYS AT LAW

INTERNATIONAL GATEWAY
SUITE 700
8100 BOONE BOULEVARD
VIENNA, VIRGINIA 22182-7732
(703) 790-8750
FACSIMILE (703) 448-1801
FACSIMILE (703) 448-1767
www.wickwire.com

SUITE 800
22 EAST MIFFLIN STREET
P.O. BOX 1683
MADISON, WI 53701-1683
(608) 257-5335

TWO LAFAYETTE CENTRE
SUITE 450
1133 21ST STREET, N.W.
WASHINGTON, D.C. 20036-3302

WICKWIRE GAVIN LLP
38TH FLOOR
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017-5433
(213) 688-9500

RECEIVED
Mar. 1 2002
JUDGE WILLIAM M. NICKERSON

February 27, 2002

FILED
LOGGED
MAR 0 1 2002
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
ENTERED
RECEIVED

**Via Facsimile (410) 962-2577 and First Class Mail**
Chambers of Judge William M. Nickerson
United States District Court
101 W. Lombard Street
Baltimore Maryland 21201

Re: **Great American Insurance Co. v. Glenn E. Waltz Plumbing & Heating, Inc.**
**Civil Action No. WMN-01-2738**

Dear Sir:

In a conference call with Judge Nickerson's law clerk this morning, all counsel in the above matter jointly requested that the above case be referred to a Magistrate Judge as a neutral for a mediation / ADR. The parties agree that the Court may issue an Order referring the matter to a Magistrate Judge, who will then contact the parties concerning the schedule for the mediation / ADR. The Order will authorize the Magistrate Judge to modify the Scheduling Order in this case to allow for completion of discovery by both sides in the event that the mediation / ADR is not successful.

With respect the Plaintiff's pending Motion for Modification of Scheduling Order, the parties have agreed that the Court may Order a 30-day enlargement to the currently-scheduled discovery cut-off date and the interim dates leading up to it. The parties also agree that the Magistrate Judge shall have authority to grant a further modification to the Scheduling Order to allow for completion of discovery after the mediation / ADR. Plaintiff-Counter Defendant Great American Insurance Company reserves the right to seek an additional enlargement of time in the event that the mediation does not resolve this case.

Very truly yours,

Daniel J. Donohue

William R. Levasseur, Jr.
by Daniel J. Donohue with authority

/kag
3/1/02

G:\CLIENTS\07\070192\006\Correspondence\Letter to Jude Nickerson - Mediation.doc

APPROVED THIS 1ST DAY
OF March, 2002
_____
UNITED STATES DISTRICT JUDGE