UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE CO. | * | |
| Plaintiff/Counter Defendant | * | |
| Vs. | * | C.A. NO. WMN01CV2738 |
| GLENN E. WALTZ PLUMBING & HEATING, INC. | * | |
| | * | |
| Defendant/Counter Plaintiff | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR SUBSTITUTION OF COUNSEL

William R. Levasseur, Jr., present counsel for Glenn E. Waltz Plumbing & Heating, Inc., and Leonard A. Sacks, hereby move for leave to withdraw the appearance of William R. Levasseur, Jr., for Defendant/Counter Plaintiff and to enter the appearance of Leonard A. Sacks and as grounds therefor state as follows:

1.   Pursuant to the Rules of the United States District Court for the District of Maryland (as amended, July 2001), Rule 101.2(b) requires leave of court for an appearance of counsel to be withdrawn.

2.   It is the desire of the corporate defendant and counter plaintiff, Glenn E. Waltz Plumbing & Heating, Inc., to substitute the appearance of Leonard A. Sacks for that of their current counsel, William R. Levasseur, Jr.

3.   Notice is hereby given to the court to enter the appearance of Leonard A. Sacks pursuant to Rules of the United States District Court for the District of Maryland, Rule 101.1(a).

"_APPROVED_" THIS 6th DAY OF _June_, 20 02

_____
UNITED STATES DISTRICT JUDGE

**WHEREFORE**, undersigned counsel respectfully requests that the appearance of William R. Levasseur, Jr. be stricken and withdrawn and that the court enter the appearance of Leonard A. Sacks as substitute counsel for Glenn E. Waltz Plumbing & Heating, Inc.

_____  
WILLIAM R. LEVASSEUR, JR.  
Federal Bar I.D. No. 26635  
SunTrust Building, Suite 202  
22 W. Pennsylvania Avenue  
Towson, Maryland 21204  
(410) 321-0400  

_____  
LEONARD A. SACKS  
Federal Bar I.D. No. 04257  
Leonard A. Sacks & Associates, P.C.  
1 Church Street, Suite 201  
Rockville, Maryland 20850-4158  
(301) 738-2470  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2002, a copy of the foregoing MOTION FOR SUBSTITUTION OF COUNSEL was mailed, first class postage prepaid, to: Daniel J. Donohue, Esquire, Wickwire Gavin, P.C., 8100 Boone Boulevard, Suite 700, Vienna, VA 22182, attorney for Plaintiff/Counter Defendant.

_____  
LEONARD A. SACKS

2