IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUN 21  P 3: 44
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, | ) |
| Plaintiff/Counter-Defendant, | ) |
| v. | ) C.A. No. WMN-01-2738 |
| GLENN E. WALTZ PLUMBING & HEATING, INC., | ) |
| Defendant/Counter-Plaintiff. | ) |

## AMENDED SCHEDULING ORDER

The Scheduling Order in this case, dated October 17, 2001, is hereby amended to revise the deadlines listed below. All other terms of the October 17, 2001 Scheduling Order remain in effect.

The following deadlines are revised as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re experts | 9/16/2002 |
| Defendant's Rule 26(a)(2) disclosures re experts | 10/16/2002 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re experts | 11/4/2002 |
| Rule 26(e)(2) supplementation of disclosures and responses | 12/2/2002 |
| **Discovery deadline; submission of status report** | 12/30/2002 |
| Requests for Admissions | 12/2/2002 |
| **Dispositive pretrial motions deadline** | 12/30/2002 |

Approved:

cc: Judge Nickerson

PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

Date:_____

_____
Paul W. Grimm,
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on the /4th day of June, 2002, a true and correct copy of the above Amended Scheduling Order was forwarded via U.S. mail, postage prepaid, to:

    Daniel J. Donohue, Esquire
    Wickwire Gavin, P. C.
    8100 Boone Boulevard, Suite 700
    Vienna, VA  22182
    Tel. 703-790-8750
    <u>Attorneys for Plaintiff/Counter-Defendant</u>
    <u>Great American Insurance Company</u>

    Leonard A. Sacks, Esquire
    Leonard A. Sacks & Associates, P.C.
    1 Church Street, Suite 201
    Rockville, MD 20850-4158
    <u>Attorney for Defendant/Counter-Plaintiff</u>
    <u>Glenn E. Waltz Plumbing & Heating, Inc.</u>

COPIES TO:

        Daniel J. Donohue, Esquire
        Wickwire Gavin, P. C.
        8100 Boone Boulevard, Suite 700
        Vienna, VA  22182
        Tel. 703-790-8750
        <u>Attorneys for Plaintiff/Counter-Defendant</u>
        <u>Great American Insurance Company</u>

        Leonard A. Sacks, Esquire
        Leonard A. Sacks & Associates, P.C.
        1 Church Street, Suite 201
        Rockville, MD 20850-4158
        <u>Attorneys for Defendant/Counter-Plaintiff</u>
        <u>Glenn E. Waltz Plumbing & Heating, Inc.</u>