IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

GREAT AMERICAN INSURANCE COMPANY,   )
　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff/Counter-Defendant,　　　　)
　　　　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　　　) C.A. No. WMN-01-2738
　　　　　　　　　　　　　　　　　　　　　)
GLENN E. WALTZ PLUMBING & HEATING, INC.,　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendant/Counter-Plaintiff.　　　　)
_____)

## AMENDED SCHEDULING ORDER

The Scheduling Order in this case, dated June 19, 2002, is hereby amended to revise the deadlines listed below. All other terms of the June 19, 2002 Scheduling Order remain in effect.

The following deadlines are revised as follows:

| | |
|---|---|
| **Discovery deadline; submission of status report** | 01/31/2003 |
| **Requests for Admissions** | 01/07/2003 |
| **Dispositive pretrial motions deadline** | 01/31/2003 |

Date: 12/23/02                    _____

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of December, 2002, a true and correct copy of the above Amended Scheduling Order was forwarded via U.S. mail, postage prepaid, to:

>Daniel J. Donohue, Esquire
>Wickwire Gavin, P. C.
>8100 Boone Boulevard, Suite 700
>Vienna, VA  22182
>Tel. 703-790-8750
>Attorneys for Plaintiff/Counter-Defendant
>Great American Insurance Company
>
>Leonard A. Sacks, Esquire
>Leonard A. Sacks & Associates, P.C.
>1 Church Street, Suite 201
>Rockville, MD 20850-4158
>Attorney for Defendant/Counter-Plaintiff
>Glenn E. Waltz Plumbing & Heating, Inc.

Copies to:

>Daniel J. Donohue, Esquire
>Wickwire Gavin, P. C.
>8100 Boone Boulevard, Suite 700
>Vienna, VA  22182
>Tel. 703-790-8750
>Attorneys for Plaintiff/Counter-Defendant
>Great American Insurance Company
>
>Leonard A. Sacks, Esquire
>Leonard A. Sacks & Associates, P.C.
>1 Church Street, Suite 201
>Rockville, MD 20850-4158
>Attorneys for Defendant/Counter-Plaintiff
>Glenn E. Waltz Plumbing & Heating, Inc.