UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES MAGISTRATE JUDGE**

**101 WEST LOMBARD STREET**
**BALTIMORE, MARYLAND 21201**
**(410) 962-4560**
**(410) 962-3630 FAX**

March 17, 2003

Re: GAI v. Waltz, WMN-01-2738

MEMORANDUM TO COUNSEL

Dear Counsel:

    Mr. Donohue's letter to me of February 11, 2003, advised that the parties expected to know by March 3, 2003, whether the settlement reached in principle on February 3, 2003, was final. I would appreciate a status update, on or before March 28, 2003.

                                    Sincerely,

                                    /s/

                                  Paul W. Grimm
                              United States Magistrate Judge