# WICKWIRE GAVIN, P.C.
ATTORNEYS AT LAW

INTERNATIONAL GATEWAY
SUITE 700
8100 BOONE BOULEVARD
VIENNA, VIRGINIA 22182-7732
(703) 790-8750
FACSIMILE (703) 448-1801
FACSIMILE (703) 448-1767
www.wickwire.com

SUITE 800
22 EAST MIFFLIN STREET
P.O. BOX 1683
MADISON, WI 53701-1683
(608) 257-5335

TWO LAFAYETTE CENTRE
SUITE 450
1133 21ST STREET, N.W.
WASHINGTON, D.C. 20036-3302
(202) 887-5200

WICKWIRE GAVIN LLP
38TH FLOOR
725 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017-5438
(213) 688-9500

Sender's E-Mail Address: ddonohue@wickwire.com

March 28, 2003

The Honorable Paul W. Grimm
United States District Court
   for the District of Maryland
Northern Division
101 W. Lombard Street
Baltimore, Maryland   21201

      Re:   **Great American Insurance Co. v. Glenn E. Waltz Plumbing & Heating, Inc.**
             C.A. No. WMN 01 CV 2738

Dear Judge Grimm:

    This is in response to the Court's March 7, 2003 e-mail request for a Status Report by March 28, 2003. The parties have reached a settlement of the above entitled matter and expect that payment of the settlement amount will occur in the immediate future. At that time, the parties will file a Stipulation of Dismissal with the Court.

    Please contact me if you have need of any further information.

                     Very truly yours,

                     Wickwire Gavin, P.C.

                     Daniel J. Donohue

DJD/kag
cc:   Edward Dudley
      Leonard Sacks, Esquire
      Edward G. Gallagher, Esquire

G:\CLIENTS\07\070192\006\Correspondence\Judge Grimm Ltr 009.doc