IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | C.A. No. WMN-01-2738 |
| ) | |
| GLENN E. WALTZ PLUMBING & HEATING, INC., ) | |
| ) | |
| Defendant/Counter-Plaintiff. ) | |
| _____) | |

### STIPULATION OF DISMISSAL

Come now plaintiff/counterdefendant Great American Insurance Company and defendant/counterplaintiff Glenn E. Waltz Plumbing & Heating, Inc., and, pursuant to Rule 41(a)(1) Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of all claims, counterclaims and cross-claims in the above-captioned action. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

_____
Daniel J. Donohue, Esquire
(Federal Bar No. 26575)
Edward G. Gallagher, Esquire
(Federal Bar No. 02861)
Wickwire Gavin, P.C.
8100 Boone Boulevard, Suite 700
Vienna, VA 22182
Tel. 703-790-8750
Attorneys for Plaintiff/Counter-Defendant
Great American Insurance Company

_____
Leonard A. Sacks, Esquire
(Federal Bar No. 04257)
Leonard A. Sacks & Associates, P.C.
1 Church Street
Suite 201
Rockville, MD 20850-4158
<u>Attorneys for Defendant/Counter-Plaintiff</u>
<u>Glenn E. Waltz Plumbing & Heating, Inc.</u>